**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

| | |
|---|---|
| TVPX ARS INC., as Securities Intermediary for CONSOLIDATED WEALTH MANAGEMENT, LTD., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GENWORTH LIFE AND ANNUITY INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 3:18-cv-00637<br><br>**CLASS ACTION COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable the Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiff TVPX ARS Inc. as Securities Intermediary for CONSOLIDATED WEALTH MANAGEMENT LTD. certifies as follows.

No publicly held corporation owns stock in TVPX ARS, Inc.; however, TVPX Aircraft Registration Service, LLC, owns 10% or more of the stock of TVPX ARS, Inc.

Consolidated Wealth Management, Ltd. is a privately held company owned by Deanna Osborne and John Spalding, equally.

Respectfully submitted,

TVPX ARS Inc. as Securities Intermediary
for CONSOLIDATED WEALTH
MANAGEMENT LTD.
By Counsel

Dated:  September 19, 2018

Respectfully submitted,

*/s/* David J. Gogal
David J. Gogal, VSB No. 28815
Laurie L. Kirkland, VSB No. 75320
Lauren F. Randall, VSB No. 87535
BLANKINGSHIP & KEITH, P.C.
4020 University Drive, Suite 300
Fairfax, Virginia 22030
Tel:  703-691-1235
Fax: 703-691-3913
dgogal@bklawva.com
lkirkland@bklawva.com
lrandall@bklawva.com

Steven G. Sklaver
(*pro hac vice* application to be filed)
Glenn C. Bridgman
(*pro hac vice* application to be filed)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel:     310-789-3100
Fax:    310-789-3150
ssklaver@susmangodfrey.com
gbridgman@susmangodfrey.com

Seth Ard
(*pro hac vice* application to be filed)
Ryan Kirkpatrick
(*pro hac vice* application to be filed)
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.:    212-336-8330
Fax:    212-336-8340
sard@susmangodfrey.com
rkirkpatrick@susmangodfrey.com

*Attorneys for Plaintiff*