UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| TVPX ARS INC., as securities intermediary for CONSOLIDATED WEALTH MANAGEMENT, LTD., on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>GENWORTH LIFE AND ANNUITY INSURANCE COMPANY,<br><br>        Defendant. | Civil Action No. 3:18-CV-00637-JAG |

## DEFENDANT'S MOTION TO STAY

Defendant Genworth Life and Annuity Insurance Company moves this Court to exercise its inherent authority and stay this case pending resolution of Genworth's motion to enforce an earlier classwide settlement agreement (*McBride v. Life Ins. Co. of Virginia*, No. 4:00-CV-217-3 (M.D. Ga.)), which, if granted, would require in the dismissal of this case. The motion to enforce the settlement agreement is currently pending before the court that presided over the *McBride* case.

The bases for granting this Motion are set forth in the accompanying brief, the attached exhibits, any subsequently filed reply, and the pleadings and papers on file with the Court in the above-captioned matter.

Respectfully submitted,

/s/ Ryan D. Frei
Brian E. Pumphrey (Va. Bar No. 47312)
Ryan D. Frei (Va. Bar No. 70996)

Sarah R. Bennett (Va. Bar No. 89002)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916
Phone: (804) 775-7745
Fax: (804) 775-1061
bpumphrey@mcguirewoods.com
rfrei@mcguirewoods.com
sbennett@mcguirewoods.com

and

Joel S. Feldman (admitted *pro hac vice*)
Eric S. Mattson (admitted *pro hac vice*)
Kevin P. Zimmerman (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Phone: (312) 853-7000
Fax: (312) 853-7036
jfeldman@sidley.com
emattson@sidley.com
kevin.zimmerman@sidley.com

*Counsel for Defendant Genworth Life and Annuity Insurance Company*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing (NEF) to all counsel of record.

/s/ Ryan D. Frei
Ryan D. Frei (Va. Bar No. 70996)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916
Phone: (804) 775-1134
Fax: (804) 698-2168
rfrei@mcguirewoods.com